# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

IN RE: ADOPTION OF T.J.S.      : No. 89 WAL 2015
     :
     :
     :
     : Petition for Allowance of Appeal from the
     : Order of the Superior Court
     :
PETITION OF: T.B., MOTHER      :


IN RE: ADOPTION OF T.B.S.      : No. 90 WAL 2015
     :
     :
     :
     : Petition for Allowance of Appeal from the
     : Order of the Superior Court
     :
PETITION OF: T.B., MOTHER      :

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of April, 2015, the Petition for Allowance of Appeal is **DENIED**.